IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MATTHEW MAHONEY
REG # 42236-424                                                                                           PETITIONER

v.                         Case No. 2:16-cv-00050-KGB-BD

C.V. RIVERA, Warden,
FCC-Forrest City                                                                                          RESPONDENT

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 12).  After careful review of the Recommended Disposition, the timely objections (Dkt. No. 13), as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.  Petitioner Matthew Mahoney's petition for writ of habeas corpus is denied with prejudice (Dkt. No. 1).

So ordered this 9th day of February, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge